**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

---

**No. 17-6299**

---

DUANE LETROY BERRY,

        Plaintiff - Appellant,

    v.

BRIDGEWATER CAPITAL,

        Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Graham C. Mullen, Senior District Judge. (3:17-cv-00013-GCM)

---

Submitted: June 22, 2017             Decided: June 27, 2017

---

Before GREGORY, Chief Judge, and FLOYD and HARRIS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Duane Letroy Berry, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Duane Letroy Berry appeals the district court's orders dismissing his common law tort complaint, pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) (2012), dismissing as moot his motion to amend an order regarding his prisoner trust account, and denying his motions for entry of judgment pursuant to Fed. R. Civ. P. 68, for writ of assistance pursuant to Fed. R. Civ. P. 70, for a pretrial conference, and to freeze assets. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Berry v. Bridgewater Capital*, No. 3:17-cv-00013-GCM (W.D.N.C. Feb. 8, 2017; Feb. 23, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*